64-08/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
STOLT TANKERS B.V.
(f/k/a STOLT-NIELSEN TRANSPORTATION GROUP B.V.)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN            08 CIV.     (     )
TRANSPORTATION GROUP B.V.),
                                                    **RULE 7.1 CORPORATE**
            Plaintiff,                              **DISCLOSURE STATEMENT**

    -against-

GEONET ETHANOL, LLC,

            Defendant.
------------------------------------------------------------------x

STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN TRANSPORTATION GROUP B.V.), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a wholly owned subsidiary of Stolt-Nielsen S.A., which is not a publicly traded corporation in the United States.

Dated: New York, New York
       May 9, 2008

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN
                    TRANSPORTATION GROUP B.V.)

                    By: _____
                        Don P. Murnane, Jr. (DM 3639)
                        Manuel A. Molina (MM1017)

NYDOCS1/304333.1