Alan Van Praag
Ted G. Semaya
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOLT TANKERS B.V. (f/k/a/ STOLT-NIELSON TRANSPORTATION GROUP B.V), <br><br> Plaintiff, <br><br> -against- <br><br> GEONET ETHANOL, LLC, <br><br> Defendant. | 08 CIV. 4382 (SAS) (JCF) <br> ECF CASE <br><br> **NOTICE OF RESTRICTED APPEARANCE** |

PLEASE TAKE NOTICE that Ted G. Semaya, Esq., Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016-2078, pursuant to the provisions of Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, hereby enters a restricted appearance in this action on behalf of Defendant GeoNet Ethanol, LLC, and requests that all pleadings, papers and documents to be served on Defendant GeoNet Ethanol, LLC be served upon its undersigned counsel of record.

Dated: New York, New York
      May 22, 2008

                            EATON & VAN WINKLE LLP

               By:   /s/ Ted G. Semaya_____
                      Ted G. Semaya
                      3 Park Avenue
                      New York, New York 10016-2078
                      (212) 779-9910
                      Attorneys for Defendant
                      GeoNet Ethanol, LLC