Alan Van Praag
Ted G. Semaya
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOLT TANKERS B.V. (f/k/a/ STOLT-NIELSON TRANSPORTATION GROUP B.V), <br><br> Plaintiff, <br><br> -against- <br><br> GEONET ETHANOL, LLC, <br><br> Defendant. | 08 CIV. 4382 (SAS) (JCF) <br><br> ECF CASE <br><br> **RULE 7.1 STATEMENT** |

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant GeoNet Ethanol, LLC ("GeoNet") a private (non-governmental) party, certifies that:

1. GeoNet Biofuels, Inc., a U.S. Virgin Islands corporation, is its parent corporation and sole owner.

2. No publicly held corporation owns 10 percent or more of GeoNet's stock.

Dated: New York, New York
May 22, 2008

EATON & VAN WINKLE LLP

By:  /s/ Ted G. Semaya
Ted G. Semaya
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Defendant
GeoNet Ethanol, LLC