Alan Van Praag
Ted G. Semaya
Joseph T. Johnson
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910 (phone)
(212) 779-9928 (fax)

Attorneys for Defendant
GeoNet Ethanol, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN TRANSPORTATION GROUP B.V.),<br><br>Plaintiff,<br><br>-against-<br><br>GEONET ETHANOL, LLC,<br><br>Defendant. | 08 CIV. 4382 (SAS)(JCF)<br><br>ECF CASE<br><br>**NOTICE OF MOTION TO VACATE WRIT OF MARITIME ATTACHMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Declarations of J. Brent Baker and Ted G. Semaya, each dated June 18, 2008, the exhibits attached thereto, and upon the accompanying memorandum of law, Defendant Geonet Ethanol, LLC will move this Court at the United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York, on July 3, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, (i) vacating the writ of maritime attachment issued in this case pursuant to Rule B(1) and

Rule C of the Supplemental Rules, or alternatively (ii) directing limited jurisdictional discovery relating to the extent to which Plaintiff Stolt Tankers B.V. may be found in the Southern District of Texas, together with such other, further and different relief as the Court may deem to be just, proper and equitable in the premises.

Dated: New York, New York
      June 18, 2008

                              EATON & VAN WINKLE LLP

                              By:   /s/ Ted G. Semaya
                                     Ted G. Semaya
                                     Alan Van Praag
                                     Joseph T. Johnson

                                     3 Park Avenue
                                     New York, New York 10016-2078
                                     (212) 779-9910

                                     Attorneys for Defendant
                                     GeoNet Ethanol, LLC