UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

STOLT TANKERS B.V. (f/k/a STOLT-
NIELSEN TRANSPORTATION GROUP
B.V.),

                      **Plaintiff,**

  - against -

GEONET ETHANOL, LLC,

                      **Defendant.**
------------------------------------------------------------ X

**ORDER**

08 Civ. 4382 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      As discussed at today's conference, all fact discovery on the issue of presence in the Southern District of Texas must be completed by August 29, 2008. The parties' supplemental submissions are due on September 8, 2008. Any responses must be submitted by September 11, 2008.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             August 7, 2008

1

## - Appearances -

**For Plaintiff:**

Don P. Murnane, Jr., Esq.
Manuel A. Molina, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, NY 10005
(212) 425-1900


**For Defendant:**

Ted G. Semaya, Esq.
Alan Van Praag, Esq.
Joseph T. Johnson, Esq.
Eaton & Van Winkle LLP
3 Park Avenue
New York, NY 10016
(212) 561-3615